FILED

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
E-mail: mburns@seyfarth.com
Giovanna Alicia Ferrari (SBN 229871)
E-mail: gferrari@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATHAN THOMS, individually and on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; and DOES 2 through 50, inclusive<br><br>Defendant. | Case No. 11-cv-02233 SBA<br><br>**SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER GRANTING SUBSTITUTION** |

Defendant OfficeMax North America, Inc. ("OfficeMax") has been represented by Matthew Ryan Orr, Scott Richard Hatch, Elham Marder, and Jeffrey Daymon Neumeyer in this action.

It is hereby consented that Michael J. Burns and Giovanna A. Ferrari of Seyfarth Shaw LLP, 560 Mission St., Suite 3100, San Francisco, California 94105 [Telephone: (415) 397-2823, Fax: (415) 397-8549] be and hereby are substituted in place and instead of Matthew Ryan Orr and Scott Richard Hatch of Call & Jensen, 610 Newport Center Drive, Suite 700, Newport Beach, CA 92660 as attorneys for Defendant OfficeMax in this action and that this substitution be entered into effect without further notice. The substitution has no effect on Mr. Neumeyer and Ms. Marder's representation of OfficeMax in this action; they will continue to represent OfficeMax and should receive all notices and pleadings in this matter.

Accordingly, if the Court approves this substitution, all further notices and pleadings in this matter should be sent to:

Michael J. Burns
Seyfarth Shaw LLP
560 Mission St., Suite 3100
San Francisco, California 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549
mburns@seyfarth.com

Giovanna A. Ferrari
Seyfarth Shaw LLP
560 Mission St., Suite 3100
San Francisco, California 94105
Telephone: 415-397-2823
Facsimile: 415-397-8549
gferrari@seyfarth.com

Elham Marder
OfficeMax Incorporated
1111 West Jefferson St., Suite 510
Boise, ID 83702
Telephone: 208-388-4183
Facsimile: 630-647-3864
ElhamMarder@OfficeMax.com

Jeffrey Daymon Neumeyer (Admitted *Pro Hac Vice*)
OfficeMax Incorporated
1111 West Jefferson St., Suite 510
Boise, ID 83702
Telephone: 208-388-4177
Facsimile: 630-647-3864
JeffNeumeyer@OfficeMax.com

By signing below, OfficeMax's counsel hereby agree to this substitution and represent that it will cause no delay in the prosecution of this case to completion.

DATED: September 26, 2011　　　　　SEYFARTH SHAW LLP

By:＿＿＿＿＿＿＿/S/＿＿＿＿＿＿＿
　　　　　Michael J. Burns

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

| | | |
|---|---|---|
| DATED: | September 26, 2011 | SEYFARTH SHAW LLP |

By: _____/S/_____
Giovanna A. Ferrari

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

DATED: September 26, 2011   OFFICEMAX INCORPORATED

By: _____/S/_____
Elham Marder

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

DATED: September 26, 2011   OFFICEMAX INCORPORATED

By: _____/S/_____
Jeffrey Daymon Neumeyer

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

DATED: September 26, 2011   CALL & JENSEN

By: _____/S/_____
Matthew R. Orr

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

DATED: September 26, 2011   CALL & JENSEN

By: _____/S/_____
Scott R. Hatch

Attorneys for Defendant
OFFICEMAX NORTH AMERICA, INC.

**[PROPOSED] ORDER**

IT IS SO ORDERED.

DATED: 9/27/11

_____
Honorable Saundra B. Armstrong
United States District Judge

3

1 **Attestation Pursuant to General Order No. 45, Section X**

2     I hereby attest that I have on file all holograph signatures for any signatures indicated by

3 a "conformed" signature (/s/) within this efiled document.

4     I declare under penalty of perjury under the laws of the State of California that the

5 foregoing is true and correct. Executed this 26th day of September, 2011, at San Francisco,

6 California.

7

8                                             Giovanna A. Ferrari

4

13780407v.1 Substitution of Attorney and [Proposed] Order Granting the Substitution of Attorney / Case No. 11-cv-02233 SBA